## Emily H. CHRISTIAN, Appellant, v. M. Tilford JONES, Trustee, et al., Appellees.

### No. 9344.

Court of Civil Appeals of Texas.
San Antonio.

Oct. 18, 1933.

Rehearing Denied Nov. 22, 1933.

John J. Pichinson, of Corpus Christi, for appellant.

S. A. Early, of Corpus Christi, for appellees.

PER CURIAM.

Appellant herein sued to enjoin the appellees from selling real estate under the power of sale stipulated in a certain deed of trust.

Appellant based her petition upon the provisions of the so-called Moratorium Law, which is House Bill No. 231 (c. 102), passed by the Regular Session of the 43d Legislature (Vernon's Ann. Civ. St. art. 2218b).

This court has very recently decided, in the case of Malachy Murphy v. E. O. Phillips et al., 63 S.W.(2d) 404, that House Bill No. 231, is unconstitutional and void, wherein it attempts to stay trustee sales of real estate provided for in deeds of trust.

For the reasons therein stated, we are of the opinion that the trial judge properly refused the injunction herein prayed for by appellant.

The temporary injunction heretofore granted by this court will be in all things, dissolved.

The judgment is affirmed.

## DALLAS JOINT STOCK LAND BANK, Appellant, v. G. W. SUTHERLAND, Appellee.

### No. 9259.

Court of Civil Appeals of Texas.
San Antonio.

Oct. 11, 1933.

Rehearing Denied Nov. 22, 1933.

Renfro, Ledbetter & McCombs, of Dallas, for appellant.

Lloyd & Lloyd, of Alice, for appellee.

PER CURIAM.

This appeal involves the single question of the constitutionality of the so-called Moratorium Act of 1933 (Acts 1933, 43d Leg. p. 225, c. 102 [Vernon's Ann. Civ. St. art. 2218b]), in giving to real estate mortgagors the right of injunction staying the exercise of powers of sale under deeds of trust.

The precise question was decided by this court in its opinion by Justice Murray, dated September 9, 1933, in Murphy v. Phillips et al., 63 S.W.(2d) 404, in which said act was held to be invalid in the respect mentioned.

For the reasons stated in that opinion, the judgment of the trial court will be reversed, and the injunction dissolved.